**07 CV 10935**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NELSON PINERO,

                Plaintiff,                  Civil Action No.

     -against-                  **DISCLOSURE OF INTERESTED
                                                                     PARTIES PURSUANT TO RULE 7.1**

SYNTHES (U.S.A.), SYTH INC. and
SYNTHES, INC.,

                Defendants.
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, SYNTHES (U.S.A.), also sued herein as SYTH INC. and SYNTHES, INC. certifies that there are no corporate parents, subsidiaries, or affiliates of defendant SYNTHES (U.S.A.), which are publicly traded in the United States.

Dated: New York, New York
       November 30, 2007

                                  Yours, etc.

                                  SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                  By: _____
                                  Caryn M. Silverman (CS-4396)
                                  *Attorneys for Defendant*
                                  *SYNTHES (U.S.A.) also sued herein as SYTH INC.*
                                  *and SYNTHES, INC.*
                                  125 Broad Street – 39th Floor
                                  New York, New York 10004-2400
                                  (212) 422-0202
                                  (212) 422-0925 *Facsimile*
                                  [SDMA File No. 0484-020529]

1

TO:   Aron Rattner, Esq.
      RATTNER & WAIDE
      *Attorneys for Plaintiff*
      26 Broadway, 21st Floor
      New York, New York 10004
      (212) 742-9244

NY/514546v1

## CERTIFICATE OF SERVICE

I, CARYN M. SILVERMAN, hereby certify and affirm that a true and correct copy of the attached **DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** was served via U.S. mail on this 30th day of November, 2007, upon the following:

Aron Rattner, Esq.
RATTNER & WAIDE
Attorneys for Plaintiff
26 Broadway, 21st Floor
New York, New York 10004
(212) 742-9244

_____
CARYN M. SILVERMAN (CS-4396)

NY/514546v1