UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NELSON PINERO,

                  Plaintiff,

-against-

SYNTHES (U.S.A.), SYTH INC. and SYNTHES, INC.,

                  Defendants.
------------------------------------------------------------------X

Civil Action No.: 07 Civ. 10935 (GEL)

**ORDER TO SHOW CAUSE FOR A <u>DEFAULT JUDGMENT</u>**

DOCUMENT ELECTRONICALLY FILED

       Upon the attached affidavit of Caryn M. Silverman, sworn to the 6th day of March, 2008 and the exhibits annexed thereto;

       ORDERED, that the above named plaintiff show cause before Hon. Gerard E. Lynch, U.S.D.J. in Courtroom 6B, of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on the 21 day of March, 2008, at 2 P.M. or as soon thereafter as counsel can be heard, why an order for a default judgment should not be issued pursuant to Rule 55.1 and 55.2(b) of the Local Rules of the Southern District of New York and Rule 55 of the Federal Rules of Civil Procedure for failure to appear at the court-ordered Case Management Conference; and it is further

       ORDERED that service by overnight delivery of a copy of this order and supporting papers on plaintiff's counsel, Rattner & Waide, 26 Broadway, 21st Fl., New York, New York 10004, on or before March 11, 2008 shall be deemed good and sufficient service.

Dated: New York, New York
       March 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

_____
Hon. Gerard E. Lynch
United States District Judge