USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NELSON PINERO,

                Plaintiff,

-against-

SYNTHES (U.S.A.), SYTH INC. and SYNTHES, INC.,

                Defendants.
------------------------------------------------------------------X

Civil Action No.: 07 Civ. 10935 (GEL)

~~PROPOSED~~
**ORDER**

      Defendants SYNTHES (U.S.A.) also incorrectly sued herein as SYTH INC. and SYNTHES, INC. (hereinafter 'defendant') order to show cause pursuant to Rule 55 of the Federal Rules of Civil Procedure, and Rule 55.1 and 55.2(a) of the Local Civil Rules for the Southern District of New York, in support of defendant's application for the entry of a default judgment against plaintiff for failure to appear at the Court-ordered Case Management Conference on February 1, 2008 having been scheduled for a Show Cause Hearing set for 3/21/2008 at 02:00 PM before Judge Gerard E. Lynch;

      IT IS HEREBY ORDERED that the Show Cause Hearing be adjourned to _March 28_ at __11:00__ (A.M.)/~~P.M.~~

Dated: New York, New York
       March 7, 2008

_____
U.S.D.J.

This document was entered on the docket on _____.

NY/520457v1