

# RATTNER & WAIDE
### ATTORNEYS AT LAW

ARON F. RATTNER
OFFER WAIDE

26 BROADWAY
TWENTY-FIRST FLOOR
NEW YORK, NEW YORK 10004

- - - - -

TEL: (212) 742 9244
FAX (212) 363 7703

VIA FACSIMILE
(212) 805-0436

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

March 26, 2008

Re: Nelson Pinero v. Synthes, et al.
Index#: 07 Civ. 10935 (GEL)

To the Honorable Justice Gerard E. Lynch:

The Law Firm of Rattner & Waide is counsel for the Plaintiff, Nelson Pinero, in the matter entitled *Nelson Pinero v. Synthes, et al.* I am requesting an adjournment of the appearance scheduled for Friday, March 28, 2008 at 11:00 am. It was anticipated that Mr. Rattner was to appear on said date but due to a medical emergency he will not be able to do so. There are no other attorneys that can handle this matter.

After speaking with opposing counsel, Caryn M. Silverman, Esq., it has been agreed and consented, with your Honor's approval, that <u>the matter be adjourned to Friday, April 18, 2008 at 11:00 am.</u> ] ✱

Thank you for your time regarding this matter.

Very truly yours,

SO ORDERED
/s/ Gerard E. Lynch
GERARD E. LYNCH, U.S.D.J.
3/26/08

Offer Waide, Esq.
RATTNER AND WAIDE
Attorneys for Plaintiff