UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
NELSON PINERO, :
:
          Plaintiff, :
: 07 Civ. 10935 (GEL)
   -against- :
: **ORDER**
SYNTHES (U.S.A.) SYTH INC., et al., :
:
          Defendants. :
:
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

GERARD E. LYNCH, District Judge:

    For the reasons stated on the record in open court before the parties on April 18, 2008, it is hereby ORDERED that:

1.    This case is dismissed with prejudice and with plaintiff to pay defendants' costs, subject to a motion by plaintiff to reopen the case and for reconsideration of the award of costs.

2.    Plaintiff shall file any such motion by May 2, 2008.

3.    If plaintiff fails to file such a motion, defendants shall submit a bill of costs by May 9, 2008. If plaintiff files such a motion, defendants shall respond by May 9, 2008.

SO ORDERED.

Dated: New York, New York
       April 18, 2008

                                                _____
                                                  GERARD E. LYNCH
                                                  United States District Judge